*E-Filed 11/26/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW RAMIREZ, | No. C 12-5899 RS (PR) |
|     Plaintiff, | **ORDER OF TRANSFER** |
|     v. | |
| DR. R. MAYES, et al., | |
|     Defendants. | |

Plaintiff has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights while held at High Desert State Prison in Susanville California, which lies in Lassen County. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the County of Lassen, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b). Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: November 26, 2012

                                              RICHARD SEEBORG
                                              United States District Judge