1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ANDREW RAMIREZ,

11             Plaintiff,                    No. 2:12-cv-2891 CKD P

12        vs.

13  R. MAYES, et al.,

14             Defendants.              ORDER

15  _____/

16        Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, who seeks

17  relief pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to this court's jurisdiction.  (Dkt. No.

18  9.)

19        On February 14, 2013, the court dismissed plaintiff's original complaint in this

20  action with leave to amend, having determined that plaintiff failed to state an Eighth Amendment

21  medical indifference claim on the facts alleged.  (Dkt. No. 13.)  Before the court is plaintiff's

22  amended complaint filed March 6, 2012.  (Dkt. No. 16.)  Having reviewed the amended

23  complaint, the court concludes that plaintiff has failed to cure the defects of the original

24  complaint.  Moreover, the amended complaint does not contain a short and plain statement of the

25  claim as required by Rule 8 of the Federal Rules of Civil Procedure.  (See Dkt. No. 13 at 3.)

26  \\\\\

1

1    As it appears that leave to amend a second time would be futile, the court will

2 dismiss this action without prejudice.

3    Accordingly, IT IS HEREBY ORDERED that the amended complaint filed March

4 6, 2013 (Dkt. No. 16) is dismissed without prejudice.

5 Dated: March 19, 2013

6    _____

7    CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

8

9

2
10 rami2891.FAC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2